THE LAW OFFICE OF
# KEVIN MINTZER, P.C.
1350 BROADWAY, SUITE 1400
NEW YORK, NY 10018

KEVIN MINTZER

TEL: 646-843-8180
FAX: 646-478-9768
KM@MINTZERFIRM.COM

June 28, 2017

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Stajic v. City of New York et. al, No. 16 Civ. 1258 (GHW)</u>

Dear Judge Woods:

      I represent plaintiff Marina Stajic in the above matter. Plaintiff's opposition to defendants' motion for summary judgment is due on July 10, 2017. Plaintiff requests permission to file an opposition memorandum of law that is no more than 30 pages, or five pages longer than is normally permitted under the Court's Individual Practices. The extra pages are necessary to appropriately address defendants' five separate points in support of their motion, each of which involves a different area of substantive law (including municipal liability, the First Amendment, qualified immunity, age discrimination, and implied rights of action). Defendants have informed us that they do not object to this request.

                                    Respectfully submitted,

                                      Kevin Mintzer

cc:    Paul Marks, Esq. (via ECF)
       Daniel Alterman, Esq. (via ECF)