UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X

MARINA STAJIC,

                Plaintiff,

        - against -

THE CITY OF NEW YORK, BARBARA SAMPSON, in her individual capacity, and TIMOTHY KUPFERSCHMID, in his individual capacity,

                Defendants.
----------------------------------- X

16 Civ. 1258 (GHW)

NOTICE OF MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF ASSISTANT CORPORATION COUNSEL PAUL MARKS

      PLEASE TAKE NOTICE, that, upon the Declaration of Kevin Mintzer in Support of Plaintiff's Motion to Strike the Supplemental Declaration of Assistant Corporation Counsel Paul Marks and the accompanying Memorandum of Law, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Individual Rules of Practice in Civil Cases of Hon. Gregory H. Woods, plaintiff Marina Stajic will move the Court, at a date and time to be designated by the Court, for an Order striking from the docket of this action the Supplemental Declaration of Assistant Corporation Counsel Paul Marks in Support of Defendants' Motion to Exclude at Trial the Testimony of Plaintiff's Forensic DNA Expert, and for such further relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE, pursuant to Local Civil Rule 6.1(b) of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda shall be served within fourteen days after service of the

moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers;

New York, New York
January 10, 2018

                            THE LAW OFFICE OF
                            KEVIN MINTZER, P.C.

By: _____
                            Kevin Mintzer
                            1350 Broadway – Suite 1400
                            New York, New York 10018
                            Tel: (646) 843-8180
                            km@mintzerfirm.com


                            ALTERMAN & BOOP LLP
                            By: Daniel L. Alterman
                            99 Hudson Street – 8th Floor
                            New York, New York 10013
                            Tel: (212) 226–2800
                            dalterman@altermanboop.com

                            *Attorneys for Plaintiff Marina Stajic*


To:    Paul Marks, Esq. (VIA ECF)
        Assistant Corporation Counsel for the City of New York
        100 Church Street, Room 2-171
        New York, New York 10007
        (212) 356-2475
        pmarks@law.nyc.gov

        Attorney for Defendants