THE LAW OFFICE OF
# KEVIN MINTZER, P.C.
1350 BROADWAY, SUITE 1400
NEW YORK, NY 10018

KEVIN MINTZER

TEL: 646-843-8180
FAX: 646-478-9768
KM@MINTZERFIRM.COM

October 11, 2018

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Stajic v. City of New York et. al. No. 16 Civ. 1258 (GHW)</u>

Dear Judge Woods:

I represent plaintiff Marina Stajic in the above matter. Pursuant to the Court's previous Order, on behalf of both parties, we write concerning trial scheduling. After conferring, the parties expect that the trial of this action will take approximately 8 to 9 court days. In addition, the parties propose to begin the trial on Monday, April 8, 2019.

The reason for date proposed is that Your Honor's deputy informed us that the Court's trial calendar is full for a case of this duration until February 2019. However, both sides have witnesses that will not be available in February for various reasons, and one of defendants' trial counsel will be continuing a maternity leave during that month. Plaintiff proposed starting the trial in early March, but defendants have stated that the City of New York's budgeting process culminates in March, which will mean that the senior leadership of the Office of Chief Medical Examiner, including parties and witnesses involved in this case, will not be available.

The parties are available to provide any further information as requested by the Court.

Respectfully submitted,

Kevin Mintzer

cc: Daniel Alterman, Esq. (via ECF)
Paul Marks, Esq. (via ECF)