

Case 1:16-cv-01258-GHW   Document 170   Filed 04/16/19   Page 1 of 1

THE LAW OFFICE OF
KEVIN MINTZER, P.C.
1350 BROADWAY, SUITE 1400
NEW YORK, NY 10018

**MEMORANDUM ENDORSED**

KEVIN MINTZER

TEL: 646-843-8180
FAX: 646-478-9768
KM@MINTZERFIRM.COM

April 16, 2019

**VIA EMAIL & ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Stajic v. City of New York et. al, No. 16 Civ. 1258 (GHW)

Dear Judge Woods:

I represent plaintiff Marina Stajic in the above matter. On behalf of all parties, we write to advise the Court that the parties have today reached a settlement-in-principle that would fully resolve this case. The parties will work to document their agreement in the coming days. In light of this development, the parties respectfully request that the Court adjourn the final pretrial conference that is scheduled for tomorrow morning.

Respectfully submitted,

Kevin Mintzer

cc:   Jessica Giambrone, Esq. (via ECF and email)
      Paul Marks, Esq. (via ECF and email)
      Mariann Wang, Esq. (via ECF and email)
      Daniel Alterman, Esq. (via ECF and email)

Application granted. The final pretrial conference scheduled for April 17, 2019 is adjourned to April 25, 2019 at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 169.

SO ORDERED.

Dated: April 16, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge